UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

NURIS M. RODRIGUEZ,

                Plaintiff,             **MEMORANDUM & ORDER**
                                         20-CV-5284(EK)(CLP)
                -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

--------------------------------------x
ERIC KOMITEE, United States District Judge:

       The Court has received Magistrate Judge Pollak's

Report and Recommendation (R&R) dated April 21, 2022.  ECF No.

21.  Judge Pollak recommends that Plaintiff's motion for fees

under the Equal Access to Justice Act (EAJA), Pub. L. No. 96-

481, 94 Stat. 2321 (1980) (codified as amended in scattered

sections of 5, 15, 28, and 42 U.S.C.), be granted and that

Plaintiff's counsel's requested fee of $6,440 be approved.

Neither party has filed objections, and the time to do so has

expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to

1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*,

968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the

record, I find no clear error and therefore adopt the R&R in its

entirety.  Thus, Plaintiff is awarded $6,440.00 in reasonable

attorney's fees under 28 U.S.C. § 2412(a), (d) and 5 U.S.C.

§ 504.

       SO ORDERED.


                     /s/ Eric Komitee
                   ERIC KOMITEE
                   United States District Judge


Dated:     June 13, 2022
            Brooklyn, New York